IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01144-REB-MJW

WILLIAM M. GREWE,

Plaintiff(s),

v.

IPS METEOSTARE, INC., and,
ADP TOTALSOURCE MI VII LLC,

Defendant(s).

MINUTE ORDER
(DN 5)

    IT IS HEREBY ORDERED that the Plaintiff's Motion for Order Vacating and Rescheduling Scheduling/Planning Conference, DN 5, filed with the Court on July 17, 2007, is GRANTED, in that the Court will vacate the Scheduling Conference, but will convert the Scheduling Conference to a Status Conference which will be held on August 8, 2007 at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

    IT IS FURTHER ORDERED that the Plaintiff shall serve the Defendants forthwith in this matter.

Date:  July 19, 2007