IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01144-REB-MJW

WILLIAM M. GREWE,

Plaintiff(s),

v.

IPS METEOSTARE, INC., and,
ADP TOTALSOURCE MI VII LLC,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Stay of Proceedings (docket no. 12) in GRANTED IN PART AND DENIED IN PART. The motion in GRANTED insofar as this case is STAYED until further Order of Court. The motion is DENIED as to the request VACATING the status conference set before Magistrate Judge Watanabe on August 23, 2007, 8:00 a.m.

Date:  August 14, 2007