IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01144-REB-MJW

WILLIAM M. GREWE,

Plaintiff(s),

v.

IPS METEOSTARE, INC., and,
ADP TOTALSOURCE MI VII LLC,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Status Conference (document 15) is DENIED. Counsel for Defendant ADP may participate by telephone, and shall contact the court's chambers at (303)844-2403 for the August 23, 2007, 8:00 a.m. status conference.

Date: August 16, 2007